```
 1  KEVIN V. RYAN (CASBN 118321)
    United States Attorney
 2
    MARK KROTOSKI (CASBN 138549)
 3  Chief Criminal Division

 4  DEREK R. OWENS (CASBN 230237)
    Special Assistant United States Attorney
 5
    LUKE FADEM
 6  Law Clerk

 7     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 8     Telephone: (415) 436-6488
       Fax: (415) 436-7234
 9     Email: Derek.Owens@usdoj.gov

10  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06–0491 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INFORMATION |
| TRUNG VAN LE, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Information against the defendant Trung Van Le with prejudice, he

//
//
//
//

DISMISSAL OF INFORMATION
CR 06-0491 MAG

1 | successfully completed his pretrial diversion program.

2

3 | DATED: 11/15/06          Respectfully submitted,

4 |                          KEVIN V. RYAN
                             United States Attorney
5

6

                             _____
7 |                          DEREK R. OWENS
                             Special Assistant United States Attorney

8 | Leave of court is granted to file the foregoing dismissal with prejudice.

9 | DATED: 11/16/06

10 |                         _____
                             EDWARD M. CHEN
11 |                         United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISMISSAL OF INFORMATION
CR 04-0350 MAG